IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE EDGE IN COLLEGE PREPARATION, LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>PETERSON'S NELNET, LLC, a Nebraska limited liability company;<br><br>Defendant. | **8:16CV559**<br><br>**ORDER** |

IT IS ORDERED

1. Plaintiff's email motion, (filing no. 42), is granted.

    a. The status conference set for December 5, 2017 is cancelled.

    b. A telephonic conference is set for December 6, 2017 at 1:30 p.m. before the undersigned to discuss the status of case progression, potential settlement, and any potential discovery disputes. Counsel shall use the conferencing instructions assigned to this case to participate in the call. (See [Filing No. 36](#)).

    c. Counsel shall email a brief summary, no longer than 3 succinct paragraphs, describing the discovery disputes to chambers on or before December 5, 2017.

    d. The deadline for filing motions to compel is continued pending the outcome of the December 6, 2017 telephone conference.

Dated this 21st day of November, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge