IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE EDGE IN COLLEGE PREPARATION, LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>PETERSON'S NELNET, LLC, a Nebraska limited liability company;<br><br>Defendant. | 8:16CV559<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's anticipated motion to amend the complaint shall be filed on or before January 26, 2018.

2) Defendant's response shall be filed on or before February 6, 2018.

3) No reply shall be filed absent leave of the court for good cause shown.

January 23, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge