IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE EDGE IN COLLEGE PREPARATION, LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>PETERSON'S NELNET, LLC, a Nebraska limited liability company;<br><br>Defendant. | **8:16CV559**<br><br><br>**ORDER** |

After conferring with counsel, (see Filing No. 64),

IT IS ORDERED:

1)      Plaintiff's reply brief on its motion to amend, (Filing No. 58), shall be filed on or before March 14, 2018. Any sur-reply shall be filed on or before March 21, 2018.

2)      For the reasons stated on the record, the trial and pretrial conference settings, and all unexpired case progression deadlines, are vacated pending further order of the court.

February 28, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge